Annie Pearson, by George Kelly, appellee, v. Ward & Company, appellant. Gen. No. 24,280.

Action to recover damages for injury to plaintiff's health for failure to comply with the Occupational Disease Act. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 29,1919.

Hoyne, O'Connor & Irwin, for appellant. Oscar C. Miller, for appellee; Munson T. Case, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

John H. Gallagher, appellee, v. City of Chicago et al., appellants. Gen. No. 24,306.

Action for writ of mandamus to compel reinstatement of petitioner as detective sergeant in police department. Order directing issuance of writ. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 29, 1919. Rehearing denied May 12, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson, for appellants; Roy S. Gaskill, of counsel. Hugh O'Neill, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

Helena Oswald, appellee, v. Jacob Probst, appellant. Gen. No. 24,315.

Action on account stated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed April 29, 1919.

Albert N. Charles, for appellant. Thomas E. Swanson, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

The Oil Trust, Limited, plaintiff in error, v. International Asphalt Company et al., defendants in error. Gen. No. 24,366.

Bill for appointment of receiver of corporation. Dismissed for want of equity. Error to the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Newman, Poppenhusen, Stern & Johnston, for plaintiff in error; Charles T. Farson, of counsel. Edmund S. Cummings, for defendants in error.

Mr. Presiding Justice McDonald delivered the opinion of the court.

T. W. Betak, defendant in error, v. R. G. Dween, plaintiff in error. Gen. No. 24,383.

Action for balance due for services rendered as accountant. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed April 29, 1919.

Milton O. Naramore, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice McDonald delivered the opinion of the court.